THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE LR 1.7(c)(3)
(Rule Number/Section)

Pamela Bridge, Bar No. 018242
George H. McKay, Bar No. 015910
COMMUNITY LEGAL SERVICES
305 S. Second Avenue
P.O. Box 21538
Phoenix, Arizona 85036-1538
(602) 258-3434

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Iriarte, et al., ) | CIV 98-1741 PHX MHM |
| Plaintiffs; ) | |
| vs. ) | (PROPOSED) ORDER |
| C&F Harvesting, et al., ) | |
| Defendant. ) | |

Upon submission of the Joint Motion to Inform Court That Settlement Agreement Has Been Complied With And Ask That The Case Be Dismissed With Prejudice which was approved by all parties, this case is Dismissed with prejudice.

DATED this 24th day of March, 2004.

Honorable Mary H. Murguia
United States District Court